# BAKER BOTTS L.L.P.

| | |
|---|---|
| 1001 PAGE MILL ROAD<br>BUILDING ONE, SUITE 200<br>PALO ALTO, CALIFORNIA<br>94304-1007<br><br>TEL +1 650.739.7500<br>FAX +1 650.739.7699<br>BakerBotts.com | AUSTIN         LONDON<br>BEIJING        MOSCOW<br>BRUSSELS    NEW YORK<br>DALLAS        **PALO ALTO**<br>DUBAI          RIO DE JANEIRO<br>HONG KONG  RIYADH<br>HOUSTON     WASHINGTON |

September 12, 2016

Kevin Sadler
TEL: 6507397518
FAX: 6507397618
kevin.sadler@bakerbotts.com

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 1007

    Re:    *Meritage Data Inc. v. MD Insider, Inc.*, Case No. 15-cv-3610

Dear Judge Failla:

    MD Insider, Inc. ("MD Insider") and Meritage Data Inc. ("Meritage") (collectively, the "Parties") submit this joint letter describing the status of the arbitration proceedings pursuant to this Court's Order of September 17, 2015 (ECF No. 52).

    The Parties have reached a settlement agreement and are in the process of preparing appropriate settlement and dismissal documents. On August 5, 2016, the Parties notified the Arbitration Panel that they were negotiating a settlement agreement to settle the claims and counterclaims at issue.

    Respectfully,

/s/ *Kevin Sadler*
Kevin Sadler
Attorney for MD Insider, Inc.


/s/ *Rich Gallucci*
Rich Gallucci
Attorney for Meritage Data Inc.

Active 28463458.1